UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| GINGER M.,[1]<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br><br>Defendant. | Case No. 2:22-cv-00445-BLW-CWD<br><br>**ORDER ADOPTING REPORT & RECOMMENDATION** |

## INTRODUCTION

The Plaintiff filed a Complaint seeking judicial review of the Commissioner's denial of her application for a period of disability and disability insurance benefits. Dkt. 1. This matter is before the Court on United States Magistrate Judge Candy W. Dale's Report and Recommendation. Dkt. 23. No objections were filed, and the matter is ripe for this Court's consideration. The Court will adopt the Report & Recommendation in its entirety, reverse the Commissioner's decision, remand for further proceedings, and enter judgment in

---

[1] Partially redacted in compliance with Federal Rule of Civil Procedure 5.2(c)(2)(B) and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States.

ORDER ADOPTING REPORT & RECOMMENDATION - 1

the Plaintiff's favor.

## STANDARD OF REVIEW

Under 28 U.S.C. § 636(b)(1)(C), this Court "may accept, reject, or modify, in whole or in part, the findings and recommendations made by the magistrate judge." Where the parties object to a report and recommendation, this Court "shall make a de novo determination of those portions of the report which objection is made." *Id.* Where, however, no objections are filed the district court need not conduct a de novo review. To the extent that no objections are made, arguments to the contrary are waived, and "the Court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation." Advisory Committee Notes to Fed. R. Civ. P. 72; *see also* 28 U.S.C. § 636(b)(1); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

## DISCUSSION

The relevant factual and procedural background are properly articulated in the Report and Recommendation and are incorporated into this Order. Dkt. 23.

The Court has reviewed the entire Report and Recommendation and the record in this matter for clear error on the face of the record and none has been found. The Magistrate Judge articulated and applied the correct standard of law and this this Court agrees with her analysis and conclusion that the Commissioner's decision should be reversed, that this matter should be remanded

for further proceedings, and that judgment should be entered in favor of the Plaintiff. Accordingly, the Court will adopt the Report and Recommendation in its entirety.

## ORDER

**IT IS ORDERED that:**

1. The Report and Recommendation (Dkt. 23) is **ADOPTED IN ITS ENTIRETY** as the order of this Court.

2. The decision of the Commissioner of Social Security is **REVERSED.**

3. This action is **REMANDED** to the Commissioner for further proceedings consistent with this opinion.

4. The remand shall be considered a "sentence four remand" consistent with 42 U.S.C. § 405(g) and *Akopyan v. Barnhart*, 296 F.3d 852, 854 (9th Cir. 2002).

5. The Court will enter a separate judgment in favor of the Plaintiff in accordance with Federal Rule of Civil Procedure 58.

DATED: January 31, 2024

B. Lynn Winmill  
United States District Judge